UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

10/14/2020

David Wesley Cornish
Cornerstone Legal Group, LLC
230 South Broad Street
17th Floor
Philadelphia, PA 19121

RE:  Rakym Durham v. City of Philadelphia, et al

CIVIL ACTION NO: 20-3944

Dear Mr. Cornish:

      A review of the Court's records shows that service of the complaint has not been made on the defendants in the above-captioned action.

      In order to eliminate a delay in bringing this case to trial, service must be made by November 10, 2020, in accordance with Rule 4(j) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

      Very truly yours,

      s/ Ulrike Hevener

      Ulrike Hevener

      Deputy Clerk to Judge Kearney

Civ. 22