**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3944 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW**, this 25th day of November 2020, upon considering the City's Motion to dismiss (ECF Doc. No. 4), Plaintiff's Opposition (ECF Doc. No. 5), and for reasons in the accompanying Memorandum, it is **ORDERED** the City's Motion to dismiss (ECF Doc. No. 4) is **GRANTED** without prejudice to the Plaintiff filing an amended Complaint consistent with the accompanying Memorandum on or before **December 9, 2020**.

*/s/ Mark C. Kearney*
**KEARNEY, J.**