**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3944 |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.* | : | |

## ORDER

**AND NOW**, this 10th day of December 2020, upon considering the Plaintiff's untimely Motion (ECF Doc. No. 8) to amend our November 25, 2020 Order (ECF Doc. No. 7) by requesting leave to withdraw as counsel for the Defendant but the counsel represents the Plaintiff, it is **ORDERED** the Plaintiff's inapposite Motion (ECF Doc. No. 8) is **DENIED** as stated but given the substance of the good cause alleged for a brief extension in lieu of dismissal today, we **amend** our November 25, 2020 Order (ECF Doc. No. 7) solely to grant Plaintiff leave until **January 5, 2021** to file an amended Complaint or we will dismiss the case without prejudice.

_____
**KEARNEY, J.**