# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-3944** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

## ORDER

**AND NOW**, this 4th day of January 2021, upon reviewing Plaintiff's Motion for leave to file an amended Complaint (ECF Doc. No. 10) and amended Complaint filed without our approval (ECF Doc. No. 11), and finding Plaintiff moved noncompliant with our Policies requiring him to identify all parties' positions and attach the proposed amended pleading either blacklined or highlighted, it is **ORDERED**:

1. We **DENY** Plaintiff's Motion for leave (ECF Doc. No. 10) without prejudice to move to amend compliant with our Policies no later than **January 6, 2021**; and,

2. The Clerk of Court shall **STRIKE** the improperly filed amended Complaint (ECF Doc. No. 11) and not issue Summons until further Order.

_____
**KEARNEY, J.**