IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-3944** |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.* | : | |

## ORDER

**AND NOW**, this 11th day of March 2021, upon reviewing Defendants' Motion to stay (ECF Doc. No. 24) redacting material from an exhibit (ECF Doc. No. 24-1) based on "relevancy" without citing particularized good cause, and to better understand the scope of the criminal matter as it may affect our January 28, 2021 Order (ECF Doc. No. 21), it is **ORDERED**:

1. Defendants shall comply with our Policies by emailing the unredacted exhibit at ECF Doc. No. 24-1 (except for date of birth) to Chambers (chambers_of_judge_kearney@paed.uscourts.gov) by **2:00 P.M.** on **March 11, 2021**;

2. Defendants' counsel are granted leave to either withdraw their redactions in the exhibit (except for date of birth) or file a memorandum not exceeding five pages on or before **Noon EST on March 12, 2021** showing particularized good cause for redacting this material under *Pansy v. Borough of Stroudsburg,* 23 F.3d 772 (3d Cir. 1994) and *In re Avandia Mktg., Sales Practices & Prod. Liab. Litig.*, 924 F.3d 662, 671-73 (3d Cir. 2019); and,

3. We will hold a telephone conference on Defendants' Motion (ECF Doc. No. 24) on **March 12, 2021** at **2:00 P.M.** with all counsel and, if possible, Plaintiff's criminal defense counsel. Defendants' counsel shall arrange a conference line and, no later than **10:00 A.M.** on **March 12, 2021**, circulate the call-in number and passcode to all counsel and to chambers_of_judge_kearney@paed.uscourts.gov.

KEARNEY, J.