IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3944 |
| | : | |
| **CITY OF PHILADELPHIA**, *et al.* | : | |

# **ORDER**

**AND NOW**, this 5th day of May 2021, upon considering Defendants' counsel's letter request for a conference, and Defendants' Motion to depose (ECF Doc. No. 30), it is **ORDERED** we will hold a telephone conference on **May 7, 2021** at **8:45 A.M.** with all counsel and Plaintiff's criminal defense counsel. Defendants' counsel shall arrange a conference line and, no later than **NOON** on **May 6, 2021,** circulate the call-in number and passcode to all counsel and to chambers_of_judge_kearney@paed.uscourts.gov.

_____
**KEARNEY, J.**