# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAKYM DURHAM | : | CIVIL ACTION |
|     Plaintiff, | : | |
| v. | : | NO. 20-3944 |
| | : | |
| OFFICER CARR #1250, et al., | : | |
|     Defendants. | : | |

## AMENDED CONFERENCE ORDER

AND NOW, this 17th day of May, 2021, IT IS HEREBY ORDERED that a **SETTLEMENT CONFERENCE** in the above-captioned case will be held on **June 24, 2021 at 2:00 P.M.**, before the Honorable Marilyn Heffley, United States Magistrate Judge, via telephone. The settlement conference scheduled on June 4, 2021 is canceled.

- Please notify the Court if settlement is not a real possibility.

Please complete the attached confidential settlement conference summary include your telephone number and e-mail it to Chambers_Heffley@paed.uscourts.gov on or before **June 17, 2021.** These submissions shall be submitted to the Court only, and should include a candid discussion of the submitting party's strengths and weaknesses as well as an offer/demand settlement proposal. **This document is not to be shared with opposing counsel nor filed of record. It is for Judge Heffley's eyes only.**

                                                        BY THE COURT:

                                                        */s/ Marilyn Heffley*
                                                        MARILYN HEFFLEY
                                                        UNITED STATES MAGISTRATE JUDGE

**CONFIDENTIAL SETTLEMENT CONFERENCE SUMMARY**

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____   JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name:       _____
Address:   _____
Phone:      _____
Client:      _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):
_____

**MOTIONS PENDING:**
_____
_____
_____

**OTHER RELEVANT MATTERS:**
_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**
_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.**)