| | | |
|---|---|---|
| **Rakym Durham,** | : | United States District Court |
| Plaintiff, | : | Eastern District of Pennsylvania |
| vs. | : | |
| **Officer Carr #1250 and Officer Clift #1259** | : | Civil Division – Civil Rights |
| Defendants. | : | Case No.: 2:20-cv-03944 |

## PLAINTIFF'S REQUEST FOR AN EXTENSION OF FILING DEADLINES

1. Plaintiff requests a time extension of 60 days for Discovery and all dispositive motions filings.

2. The Plaintiff requests this extension to conduct discovery based upon evidence learned during the current discovery period.

3. This time extension for finishing discovery based upon the new knowledge and the dates for dispositive motions will not affect this case and is not being done to gain a strategic advantage but to timely and efficiently process the case.

4. Defense Counsel does not object to this request.

 

Respectfully Submitted,
CORNERSTONE LEGAL GROUP

By: /s/ D. Wesley Cornish, Esquire
D. Wesley Cornish, Esquire
Pennsylvania Supreme Court # 310865
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Tel:    212-444-2039
Fax:   212-535-7365
**ATTORNEY FOR PLAINTIFF**
June 21, 2021