IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3944 |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

# ORDER

**AND NOW,** this 22nd day of June 2021, upon considering the Plaintiff's Stipulation of dismissal (ECF Doc. No. 39) of the two named officers, unopposed Motion for leave to file an amended Complaint (ECF Doc. No. 40) without complying with our Policies (II. D.) by attaching a blacklined or highlighted second amended Complaint, unopposed Motion for extension of time (ECF Doc. No. 41), upon review of our March 12, 2021 (ECF Doc. No. 28) and January 28, 2021 Orders (ECF Doc. No. 21) both of which preclude an untimely filing of motion to amend absent good cause and attach counsel for jury selection on July 19, 2021, it is **ORDERED**:

1. We **DENY**:

    a. Plaintiff's Motion for leave (ECF Doc. No. 40) without prejudice to be promptly renewed compliant with our Policies including attaching the proposed second amended Complaint for our review compliant with our Policies (II. D.) no later than **June 28, 2021**;

    b. Plaintiff's Motion for extension of time to complete discovery (ECF Doc. No. 41) without prejudice to renew if warranted after filing of a second amended Complaint;

2. We defer dismissal of the present Defendants (ECF Doc. No. 39) until reviewing the proposed timely filed second amended Complaint.

**KEARNEY, J.**