| | | |
|---|---|---|
| **Rakym Durham,** | : | United States District Court |
| **Plaintiff,** | : | Eastern District of Pennsylvania |
| **vs.** | : | |
| **Officer Mouzone #3059, et al.,** | : | Civil Division – Civil Rights |
| **Defendants.** | : | Case No.: 2:20-cv-03944 |

## REQUEST FOR STATUS CONFERENCE HEARING

The Plaintiff, represented by undersigned Counsel, David Wesley Cornish, Esquire, requests this Court to set a telephonic status conference about the status of this matter. After speaking with opposing Counsel, Meghan Byrnes, Esquire, about the status of specific discovery which would lead to the identities of the potential Defendants, Plaintiff requests to have the Court status this matter. Counsel is available for a conference this week or next week.

Respectfully Submitted,
CORNERSTONE LEGAL GROUP

By: /s/ D. Wesley Cornish, Esquire
D. Wesley Cornish, Esquire
Pennsylvania Supreme Court # 310865
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Tel:    212-444-2039
Fax:    212-535-7365
**ATTORNEY FOR PLAINTIFF**
Date: August 24, 2021

| | | |
|---|---|---|
| **Rakym Durham,** | : | **United States District Court** |
| Plaintiff, | : | **Eastern District of Pennsylvania** |
| vs. | : | |
| **Officer Mouzone #3059, et al.,** | : | **Civil Division – Civil Rights** |
| Defendants. | : | **Case No.: 2:20-cv-03944** |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I am on this day, serving the foregoing upon the persons indicated below via electronic mail/delivery service, which satisfies the requirements of the Federal Rules of Civil Procedure to:

**Meghan Byrnes, Esquire**
1515 Arch Street, 14th Floor
Philadelphia, PA 19107

<u>**VERIFICATION**</u>

The facts set forth in the foregoing Motion are true and correct to the best of the undersigned's knowledge, information and belief and are verified subject to the penalties for unsworn falsification to authorities pursuant to 18 Pa. C.S.A. § 4904 and penalties pursuant to United States law for perjury.

Respectfully Submitted,
CORNERSTONE LEGAL GROUP

By: /s/ D. Wesley Cornish, Esquire
D. Wesley Cornish, Esquire
Pennsylvania Supreme Court # 310865
230 South Broad Street, 17th Floor
Philadelphia, PA 19102
Tel:   212-444-2039
Fax:   212-535-7365
**ATTORNEY FOR PLAINTIFF**
Date: August 24, 2021