IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAKYM DURHAM** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 20-3944** |
| | : | |
| **OFFICER MOUZONE #3059,** *et al.* | : | |

# ORDER

**AND NOW**, this 7th day of September 2021, upon considering Defendants' motions for an extension and substitution (ECF Doc. Nos. 57, 58, 59, 61) and mindful of the parties' obligations under our July 2, 2021 Order (ECF Doc. No. 50) granting the latest extension, it is **ORDERED** we will hear telephonic argument on **September 7, 2021** at **4:00 P.M.** (Dial-in Number: 888-278-0296; Access Code: 5723096#) with all counsel.

_____
**KEARNEY, J.**