**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RAKYM DURHAM** : | **CIVIL ACTION** |
| : | |
| **v.** : | **NO. 20-3944** |
| : | |
| **OFFICER MOUZONE #3059,** *et al.* : | |

## ORDER

**AND NOW**, this 4th day of November 2021, upon considering Plaintiff's Motion to file a third amended Complaint (ECF Doc. No. 67), Defendants' Response (ECF Doc. No. 68), with no reply, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to amend (ECF Doc. No. 67) is **DENIED**.

_____
**KEARNEY, J.**